UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RALPH JOHN PREPETIT      *
         Petitioner      *
                         *
v.                       * Criminal Case No.: CR-04-353 (ESH)
                         *
UNITED STATES OF AMERICA *
         Respondent.     *

**MOTION TO REDUCE SENTENCE PURSUANT TO 3582(c)(2)
IN LIGHT OF 2015 AMENDMENT TO THE U.S. SENTENCING GUIDELINE
FOR FRAUD AND "ECONOMIC CRIMES" IN U.S.S.G. § 2B1.1**

NOW COMES, Petitioner Ralph John Prepetit, proceeding "pro-se" requesting this Honorable Court to consider his motion for Reduction of his sentence in light of 2015 Amendment to the U.S. Sentencing Guideline for fraud and economic crimes in U.S.S.G. § 2B1.1 that was submitted to Congress pursuant to section 994(p) of Title 28. The Amendment suggest reducing the impact of the loss amount in sentencing and increasing the attention paid to the significance of the loss to each victim. As authorized by such section, the Commission specifies an effective date of November 01, 2015 for the Court to review/grant motions for this Amendment.

The Commission's 2015 Amendments, made modest revisions. The Commission revised the **economic offenses** into four parts:

-- the definition of "intended loss" in Application Note 3 to Section 2B1.1;

-- sentencing of "frauds on the market" and related offenses;

-- eliminating or truncating the victims table in Section 2B1.1(b)(2); and

-- the upward adjustment for "sophisticated means" in subsection Section 2B1.1(b)(10)(C).

## STATEMENT OF THE CASE AND FACTS

On April 29, 2015, the petitioner was sentenced to a term of 120 months imprisonment in case CR-04-353, 24 months in case CR-94-021, 24 months in case CR-94-267 to run consecutively that total 168 months. Petitioner pleaded guilty to one count of Access Device Fraud 18 U.S.C. 1029(a)(2), and the offense level for this offense was 27 including all enhancements and reductions, and the Criminal History Category of V.

## REASONS FOR GRANTING PETITION

Petitioner, Ralph John Prepetit, hereby move this Honorable Court to reduce his sentence in accordance with the new 2015 Guidelines Amendment to the U.S. Sentencing Guidelines for Fraud and "Economic Crimes" in U.S.S.G. § 2B1.1 According to section 3582(c)(2) of Title 18, "In the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o), upon the motion of the defendant, Director of the Bureau of Prisons, or on its own motion, the Court may reduce the term of imprisonment after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statement issued by the Sentencing Commission."

Pursuant to section 994(p) of Title 28 U.S.C., the United States Sentencing Commission hereby submitted to Congress the 2015 Amendment to the U.S. Sentencing Guideline for Fraud and "Economic Crimes" in U.S.S.G. 2B1.1 and the reasons therefore. As Authorized by such section, the Commission specifies an effective date of November 01, 2015 for this Amendment.

In light of the 2015 Amendment to the U.S. Sentencing Guideline for Fraud and "Economic Crimes" in U.S.S.G. § 2B1.1, Petitioner's new base offense level would now be 23 based on the Loss and Victim Table re-modification by the Amendment, which reduced by 2 levels the total levels of losses or more than

2.

$1,000,000. to 2 levels, and which reduced by 2 levels the total levels of Victims for 50 or more to 2 levels, and Criminal History Category V, and this new base offense level yields a sentencing range of 84 to 105 months, with all the corresponding reductions and enhancements. Petitioner seeks to be sentenced to 84 months, which is the low end of the guidelines range after all reductions and enhancements have been imposed, 24 months in case CR-94-021, 24 months in case CR-94-267 to run consecutively that total a Aggregate Group of a new sentence of 132 months. However, if granted Petitioner request that this Court imposed a sentence of 84 months to run concurrent to sentence imposed in case CR-94-021, and CR-94-267 if permitted by statute.

Moreover, the United States Sentencing Guidelines are only one factor that Courts may consider when imposing sentences and 18 U.S.C. 3553(a) directs the Sentencing Judge to consider factors other than imprisonment. Therefore, the Court may consider post-rehabilitative effort, age, and other factors to insure that the sentence is sufficient, but not greater than necessary to comply with the purposed set forh in this subsection 18 U.S.C. 3553(a).

## CONCLUSION

Petitioner respectfully request that this Honorable Court grant said petitioner and implement 2015 Amendment to the U.S. Sentencing Guideline for Fraud and "Economic" in U.S.S.G. § 2B1.1 and ad/here to its position concerning 18 U.S.C. 3553(a)(3) and (a)(6), and grant any other relief that the Court deems necessary.

Respectfully submitted,

*Ralph J Prepetit*

Ralph John Prepetit
#18568-016
FCI Gilmer
P.O. Box 6000
Glenville, WV 26351

3.

## CERTIFICATE OF SERVICE

I, Ralph Joh Prepetit, do hereby certify that I have placed an exact copy of the foregoing Motion To Reduce Sentence Pursuant To 3582(c)(2) In Light of 2015 Amendment To The U.S. Sentencing Guideline For Fraud And "Economic Crimes" In U.S.S.G. § 2B1.1 to the Clerk of The District Court For The District of Columbia 333 Constitution Avenue, N.W. Washington, DC 20001 with the understanding that the Clerk of the Court will serve the necessary parties with the copies attached as to 2015 Amendment To The U.S. Sentencing Guidelines For Fraud and "Economic Crimes" In U.S.S.G. § 2B1.1 by placing such in the First Class Mail Service, postage prepaid, U.S. Mail, via Institution Mail service at FCI Gilmer,.

Respectfully submitted,

Ralph John Prepetit
#18568-016
FCI Gilmer
P.O. Box 6000
Glenville, WV 26351

Dated: December 01, 2015





# Texarkana College

Texarkana                    Texas

### Be It Known That

## Ralph Prepetit

*having successfully completed the prescribed Course of Study and having complied with all other requirements established by the College has been granted this*

## Certificate of Continuing Education Units
## in Graphic Design

*In Testimony Whereof upon recommendation of the faculty, our signatures together with the seal of the Texarkana College, are hereunto affixed on this the thirty-first day of May, 2014, at Texarkana.*

Michael Sandefur
PRESIDENT, BOARD OF TRUSTEES

James Henry Russell
PRESIDENT OF TEXARKANA COLLEGE

# Texarkana College



Texarkana     Texas

Be It Known That

## Ralph J. Prepetit

*having successfully completed the prescribed Course of Study and having complied with all other requirements established by the College has been granted this*

### Certificate of Continuing Education Units
### in A+ Certification Training

In Testimony Whereof *upon recommendation of the faculty, our signatures together with the seal of the Texarkana College, are hereunto affixed on this the thirty-first day of May, 2012, at Texarkana.*

*Michael Sandefur*
PRESIDENT, BOARD OF TRUSTEES

*James Henry Russell*
PRESIDENT OF TEXARKANA COLLEGE

# CERTIFICATE OF ACHIEVEMENT

*May it be known that*

**Ralph Prepetit**
18568-016

*Has satisfactorily completed the curriculum*

*for the*

*Drug Abuse Education Program*

*at*

*FCI-Texarkana, Texas*

*On This 8th Day of February 2012*

_____  _____  _____
Dr. Hoover, Chief Psychologist    Dr. Dave Grant, DAPC         David Bain, DTS

# Certificate of Achievement

FEDERAL CORRECTIONAL INSTITUTE, TEXARKANA, TEXAS

Be it known that



## Ralph Prepetit



having successfully completed the
requirement prescribed for the course

## Introduction to Culinary Arts

has been awarded this Certificate of Achievement
from the Education Department
this the 28th day of October, Two Thousand Eleven

_____          _____
Chef S. Lynn – Program Instructor          E. Valentino – Program Coordinator



EXAM FORM NO.   4679

CERTIFICATE NO. 8519778

# ServSafe® Certification

TO  **RALPH PREPETIT**

for successfully completing the standards set forth for the ServSafe® Food Protection Manager Certification Examination, which is accredited by the American National Standards Institute (ANSI)–Conference for Food Protection (CFP).

## 10/28/2011

DATE OF EXAMINATION

## 10/28/2016

DATE OF EXPIRATION
Local laws apply  Check with your local regulatory agency for recertification requirements



#0655

Paul Hineman
Executive Director, National Restaurant Association Solutions

NATIONAL
RESTAURANT
ASSOCIATION®

©2010 National Restaurant Association Educational Foundation. All rights reserved. ServSafe and the ServSafe logo are registered trademarks of the National Restaurant Association Educational Foundation, nd used under license by National Restaurant Association Solutions, LLC, a wholly owned subsidiary of the National Restaurant Association.

his document cannot be reproduced or altered.
0070201                                v.1109

# The United States Department of Labor

## Office of Apprenticeship
## Certificate of Completion of Apprenticeship

*This is to certify that*

**RALPH PREPETIT**

*has completed an apprenticeship for the occupation*

**DENTAL ASSISTANT**

*under the sponsorship of*

**U.S. PENITENTIARY, VICTORVILLE, CALIFORNIA**

*in accordance with the basic standards of apprenticeship*

*established by the Secretary of Labor*



_____
**DECEMBER 1, 2010**
*Date Completed*

_____
Hilda L. Solis
*Secretary of Labor*

_____
*Administrator, Office of Apprenticeship*

```
                    CENTRAL TEXAS COLLEGE - FICE 004003
                              PO BOX 1800                          PAGE  1
                          KILLEEN, TX 76540-1800
                          Permanent Academic Record
                             Date: 12/17/2008
```

Ralph J. Prepetit
18568-016
C I Reeves I II
PO Box 1560
Pecos, TX 79772

```
                    Student Name: Ralph J. Prepetit
                    DOB: May 9
                    SSN: 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   ID: 0883852
```

------------------------------------------------------------------------
                           INSTITUTIONAL CREDITS

|  |  | GRADE | HRS ATT | HRS EARN | GRADE POINTS | GPA |
|---|---|---|---|---|---|---|
| **Summer 2 2007** | | | | | | |
| POFI 2301 | Word Processing | A | 3.0 | 3.0 | 12.0 | |
| POFT 1325 | Business Math and Machine Apps | B | 3.0 | 3.0 | 9.0 | |
| Term Total: | | | 6.0 | 6.0 | 21.0 | 3.500 |
| Cum Total: | | | 6.0 | 6.0 | 21.0 | 3.500 |
| | | | | | | |
| **Fall 2007** | | | | | | |
| POFI 1349 | Spreadsheets | A | 3.0 | 3.0 | 12.0 | |
| POFT 1319 | Records & Information Mgmt I | B | 3.0 | 3.0 | 9.0 | |
| Term Total: | | | 6.0 | 6.0 | 21.0 | 3.500 |
| Cum Total: | | | 12.0 | 12.0 | 42.0 | 3.500 |
| | | | | | | |
| **Spring 2008** | | | | | | |
| ACNT 1325 | Principles of Accounting I | A | 3.0 | 3.0 | 12.0 | |
| POFT 1349 | Admin Office Procedures II | A | 3.0 | 3.0 | 12.0 | |
| POFT 2312 | Bus Correspondence & Comm | B | 3.0 | 3.0 | 9.0 | |
| Term Total: | | | 9.0 | 9.0 | 33.0 | 3.667 |
| Cum Total: | | | 21.0 | 21.0 | 75.0 | 3.571 |

------------------------------------------------------------------------
                           SUMMARY OF CREDITS

Transfer Credits:        0.0
Evaluated Credits:       0.0
Institutional Credits:  21.0
Cumulative Credits:     21.0

TEC 51.907 Undergraduate Course Drop Counter: N   This process is under development and the counter is inactive.

In accordance with the Family Rights and Privacy Act of 1974, this transcript must not
be released to a third party without written authorization from the student. Central
Texas is accredited by the Commission on Colleges of the Southern Association of
Colleges and Schools to award associate degrees and certificates of completion.

This transcript is not official unless it bears the signature and seal of the Registrar
********** End of Transcript **********